IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR388 |
| vs. | ) | ORDER |
| TINA M. HOGE, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Tina M. Hoge (Hoge) to review detention (Filing No. 17). Hoge has provided the court and pretrial services with a substance abuse evaluation from Abintra Counseling Center. The evaluation recommends placement in a non-residential treatment program, attendance at appropriate support group meetings, and abstinence from all substances unless prescribed by a physician. The undersigned magistrate judge strongly disagrees with Abintra's recommendation.

Hoge, age 36, has given birth to 10 children, none of whom she takes care of at this time. The information Pretrial Services received from the U. S. Marshal Service (USMS) and another defendant who knows Tina, was that she continued to use methamphetamine during her last pregnancy and the newborn has issues as a result. Hoge had intervention with the Drug Court and failed. Hoge is estranged from her family members. Hoge has a significant and ongoing criminal history with a conviction for Escape and numerous Failure To Appear violations. She had an unstable residence and no employment prior to her arrest. The USMS put a lot of effort into locating Hoge once the warrant was issued, and then she hid from the USMS in a laundry basket when the USMS located the house where Hoge was staying. The other people in the house, including Hoge's boyfriend, were uncooperative with the USMS. I find nothing redeeming about her behavior since her release from prison after her 2010 drug conviction. At the very least, Hoge would need an intensive long-term residential program to deal with all of her issues. Until she locates such a program and gains admittance, she will remain detained.

Hoge's motion (Filing No. 17) is denied.

**IT IS SO ORDERED.**

DATED this 12th day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge