AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.
Tina M. Hoge

Date of Original Judgment: _____10/02/2013_____
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)

Case No: 8:12CR388

USM No: 25350-047

John C. Vanderslice
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____100____ months **is reduced to** ____84 months____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated ____10/02/2013____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____10/29/2015_____          _____s/ Richard G. Kopf_____
                                                                                    *Judge's signature*

Effective Date: _____11/01/2015_____          Richard G. Kopf, Senior United States District Judge
*(if different from order date)*                                    *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Tina M. Hoge

DEFENDANT:  _____

CASE NUMBER:   8:12CR388 _____

DISTRICT:          District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level:  25 | Amended Total Offense Level:  23 | |
| Criminal History Category:  V | Criminal History Category:  V | |
| Previous Guideline Range:  100 to 125 months | Amended Guideline Range:  84 to 105 months | |

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filing nos. 59, 65 and 66 are granted as provided herein.