# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:12CR388 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| TINA M. HOGE, | |
| Defendant. | |

Defendant Tina M. Hoge appeared before the court on August 10, 2018 on a Petition for Offender Under Supervision [72]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Susan T. Lehr.

Through her counsel, the defendant waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(b)(1). I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 26, 2018 at 1:30 p.m. The defendant must be present in person.

2. The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

3. The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

Dated this 13th day of August, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge