IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:12CR388 |
| | ) | |
| v. | ) | |
| | ) | |
| TINA M. HOGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's November 22, 2019, revocation hearing is continued until further order of the court. The U.S. Attorney's Office shall promptly notify the undersigned when the defendant has been arrested.

DATED this 21st day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge